**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-1655**

GARY PISNER,

            Plaintiff - Appellant,

    v.

ROBERT MCCARTHY; KEVIN D. MCCARTHY; DANA M. EVANS,

            Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. George Jarrod Hazel and Stephanie A. Gallagher, District Judges. (8:22-cv-00019-SAG)

Submitted: April 11, 2024                    Decided: April 15, 2024

Before AGEE and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Gary Pisner, Appellant Pro Se. Daniel Russell Hodges, ECCLESTON & WOLF, PC, Hanover, Maryland; Kenneth G. Stallard, CARR MALONEY, PC, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary Pisner appeals the district court's orders dismissing his complaint and denying reconsideration. We grant Pisner's motion to exceed the word limit for his reply brief. Even so, we have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Pisner v. McCarthy*, No. 8:22-cv-00019-SAG (D. Md. Sept. 26, 2022; Mar. 27, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*